◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE DEALMEIDA, Appellant. (Appeal No. 2.) [997 NYS2d 661]— Appeal from an order of the Supreme Court, Oneida County (Barry M. Donalty, A.J.), dated November 15, 2013. The order denied the motion of defendant to vacate a judgment of conviction pursuant to CPL article 440.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Dealmeida* ([appeal No. 1] 124 AD3d 1405 [2015]). Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.